# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALVAREZ,<br><br>             Petitioner,<br><br>   v.<br><br>WARDEN, UNITED STATES PENITENTIARY, VICTORVILLE,<br><br>             Respondent. | Case No. 2:22-cv-07950-SSS (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: September 19, 2023

_____
SUNSHINE S. SYKES
United States District Judge