J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALVAREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, UNITED STATES PENITENTIARY, VICTORVILLE,<br><br>　　　　　Respondent. | Case No. 2:22-cv-07950-SSS (PD)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 19, 2023

_____
SUNSHINE S. SYKES
United States District Judge